UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GERALD A. DONAIS**,                         Case No.: 3:16-cv-01633-HZ

      Plaintiff,                              ORDER
   v.

**COMMISSIONER OF SOCIAL SECURITY**,

                       Defendant.

This Court, having reviewed stipulation of the parties, awards Plaintiff an EAJA attorney fee in the amount of $7,145.31 pursuant to 28 U.S.C. § 2412, and $0 costs and expenses pursuant to 28 U.S.C. § 1920, for at total of $7,145.31, subject to debt owed the US Government pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such Treasury debt then the EAJA fee check shall be made out to Plaintiff's attorney Richard F. McGinty, and mailed to Plaintiff's attorney at: PO Box 12806, Salem, OR 97309-0806. If Plaintiff has a Treasury debt then the check for any remaining funds after offset of the Treasury debt shall be made out to Plaintiff and mailed to Plaintiff's attorney at the address

//

//

indicated above.

        IT IS SO ORDERED.

DATED: November 27, 2017.

                                        /s/ Marco Hernandez
                                Marco A. Hernandez, U.S. District Court Judge

Presented by:
Richard F. McGinty OSB #86071
503-371-9636
Of Attorneys for Plaintiff